384 A.2d 992

Commonwealth v. Walnoha, Appellant.

Argued November 23, 1977. Kenneth L. Baker, for appellant; George E. Anthou, Assistant District Attorney, and Jess D. Costa, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.